IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA    *

vs.    *    Case No. MJG-96-0477

Brian H. Davis    *    MJG-98-0501

\*\*\*\*\*\*

### ENTRY OF APPEARANCE IN A CRIMINAL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the defendant, __DAVIS, Brian H.__

I certify that: [check and complete one that applies]

__X__  I am admitted to practice in this Court, and my bar number is __1933__.

____  I am a member in good standing of the bar of the highest court of _____

and am familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the

Federal Rules of Appellate Procedure and the Local Rules of this Court.

__9/3/08__    __David B. Irwin__ (signature)
Date    Signature of Counsel

__DAVID B. IRWIN__
Print Name

__IRWIN GREEN + DEXTER, LLP__    __410 832 0111__
Firm Name    Phone No.

__301 W. Pennsylvania Ave__    __410 832 5544__
Address    Fax No.

__Towson MD 21204__    __dirwin@igdlaw.com__
City/State/Zip    Email Address

** NOTE: Appearance of counsel may be withdrawn only with leave of Court. *See* Local Rule 201.3. Such leave is liberally granted if sought within 10 days of the defendant's initial appearance in this Court.