## S & S Counseling Services, Chartered

A STATE CERTIFIED OUTPATIENT SUBSTANCE ABUSE TREATMENT AND DRIVER IMPROVEMENT PROGRAM

7021 HARFORD ROAD
BALTIMORE, MARYLAND 21234
410-574-1850
FAX 410-319-7094

TOWSON / PARKVILLE 410-319-7090
EDGEWOOD 410-538-7122
ELLICOTT CITY 410-465-0660
ESSEX 410-574-1850

February 19, 2008

Mr. William Tavik, Federal Agent
U.S. Probation Office
250 W. Pratt Street
Suite 400
Baltimore, Maryland 21201

Re: DAVIS, Brian
Date of Birth: 04/13/1956

Dear Mr. Tavik:

Pursuant to your request for Completion Report on the above mentioned individual, the following is respectfully submitted.

On February 14, 2008 Mr. Davis successfully completed our twenty-six (26) week Outpatient Substance Abuse Treatment Program. His attendance was excellent and he was always prompt. He openly and honestly participated in all discussions and activities. He maintained a candid rapport with his Counselor and our staff. He displays an increased awareness of the debilitating effects of alcohol and drugs and appears to have benefited from the program. He continued to report abstinence from all mind altering substances, which was verified by random urinalysis screenings. Mr. Davis was a model client and it was a pleasure having him in our program. Furthermore, all fees owed to this office have been satisfied.

Should you have any questions or require further information, please feel free to contact my office. Thank you.

Respectfully Yours,

Nancy A. Shipley, CPC-AD, CCS
Director

c.c. Mr. Vernon Boozer, Esquire
    Mr. Brian Davis