**COVAHEY, BOOZER, DEVAN & DORE, P. A.**
ATTORNEYS AT LAW
614 BOSLEY AVENUE
TOWSON, MARYLAND 21204

EDWARD C. COVAHEY, JR.
F. VERNON BOOZER *
MARK S. DEVAN
THOMAS P. DORE
BRUCE EDWARD COVAHEY
JENNIFER MATTHEWS HERRING
FRANK V. BOOZER, JR.

410-828-9441

FAX 410-823-7530

June 30, 2008

ANNEX OFFICE
SUITE 302
606 BALTIMORE AVE.
TOWSON, MD 21204
410-828-5525
FAX 410-296-2131

*ALSO ADMITTED TO D.C. BAR

Mr. William Tavik
United States Probation Office
250 West Pratt Street
Baltimore, MD 21201

RE:   Brian Davis

Dear Mr. Tavik:

I am writing you concerning Brian Davis. I have known Brian and his family for many years. Since Brian's return home, he has shown that he is a changed person and that he is trying to become a productive citizen. In the past he served the State of Maryland with distinction, as a Commissioner for IWIF, and despite his difficulties, they never interfered with his duties, nor did his transgressions come into play with his appointed office.

Since returning home, Brian has worked two and three jobs to rebuild his life and he continues to volunteer his time to work with the terminally ill. He returned home with no money, no family, and effectively with no support system. Brian also voluntarily completed an out-patient program while doing the aforementioned. I served in the Maryland Senate for 28 years and had interactions with Brian in an official capacity. While he is not perfect, Brian has proven to me and many others that he is again trustworthy. Brian has been on Federal Probation for almost four (4) years. It is my understanding that he has passed every drug test. He is paying his restitution to the best of his ability. He has filed his income tax returns and is in the process of saving money so that he can hire Howard Heneson to work matters out with the Internal Revenue Service on his sizable tax obligation.

Considering his error in judgment last summer, I request the government officially consider extending his probation until his fine is paid in full and/or request additional community service, if such a penalty is necessary, rather than returning him to prison. I hope that you will contact me so that we can discuss the suggested alternative.

Very truly yours,

F. VERNON BOOZER

cc:  Mr. Brian Davis
0630gab10