P.O. Box 280
98 Jansen Avenue
Essington, PA 19029

THE MAIN LINE
Embroidery & Design Co.
www.mainlineembroidery.com

Phone: 610-521-4550
Fax: 610-521-3312
Toll Free: 800-873-8950

September 15, 2008

Honorable Marvin J. Garbis
The United States District Court
for Maryland
101 West Lombard Street
Baltimore, Md. 21201

Dear Judge Garbis,

I am aware of the allegations the Government has made regarding Brian Davis, my employee. As Brian's employer I feel compelled to mention that should the government feel it necessary to incarcerate Brian it will be to the detriment of a great many people.

I wrote to Mr. Tavik explaining our very precarious financial position our company is in, and that our future viability would be in jeopardy if we were to lose Brian. With the downturn in the economy, and in our particular industry his continued employment with us is even more important. I have known Brian now for over 18 months. In my opinion he is not a bad person. In fact, to the contrary, he is kind, compassionate and trustworthy.

He works with AIDs patients every week, and had thousands of dollars donated to the poor from our suppliers, and if it had not been for Brian, this would not have happened. In reflecting on Brian's charity, I believe we all should do what Brian has done for those less fortunate (I never gave it a thought until Brian brought it to my attention and now I intend to follow his lead) or that are dying. He accepted responsibility for his DWI (stemming from the very stressful circumstances surrounding a multi day search for his missing pet, which made national headlines). Brian also sought and paid for treatment, of his own volition.

Being aware of the government's allegations, I feel that he did accept responsibility as to his DWI, as he sought treatment without being ordered to do so and successfully complete such. Regarding the other issues my company has been paying for all but $200.00 of his $547.50 automobile payment. Being in sales a reliable car is a necessity for him, and a somewhat upscale car creates a good impression on the clients he calls on. Furthermore with the losses he has endured during three separate floods at home. e needed a PO Box to temporarily keep current with his mail.

While he erred on his 2006 tax return, he was advised by an accountant to file with the information that he had; the thought being that the IRS had the correct wage information and that he would have an opportunity to correct it when he received the W-2 form from his former employer. He also has hired a tax attorney, to embark on settling his tax liabilities. He has been paying his fine and it is my understanding that Congresswoman Helen Bentley and his fiancée are obtaining financing to retire his fine, all of which was indicated in his supervised probation requirements.

Brian is not a threat to society and no entity, nor would any taxpayer benefit from his incarceration. He is being a productive citizen, generating income, working out his tax liabilities, paying his fine (attempting to retire it in full within 30 to 40 days). Sadly everything will fall apart if he is incarcerated, undoing what seems to be many positive steps forward.

It is by this letter this letter that we ask that you might consider home detention, allowing him to only work, If not, I ask that you allow him 30 to 45 days to report, so that we can make a proper transition,

otherwise we surely will go bankrupt. I humbly ask this on behalf of my employees and more importantly my family, seeking your understanding and compassion for all.

Yours Sincerely,

Thomas M. Piraino
CFO