

## WACHOVIA
## DEALER SERVICES

September 11, 2008

BRIAN H DAVIS
28 W. ALLEGHENY AVE.
TOWSON, MD 21204

Dear Customer:

Thank you for your recent inquiry. As you requested, we are enclosing a copy of your detailed payment history.

At Wachovia Dealer Services we are committed to exceptional service. If you have any questions, please contact us in one of the following ways.

| TELEPHONE | MAIL | FAX | ONLINE |
|---|---|---|---|
| Wachovia Dealer Services Customer Service 800-289-8004 5 a.m. to 7 p.m. PT | Wachovia Dealer Services Attn: Correspondence P.O. Box 168048 Irving, TX 75016-8048 | Wachovia Dealer Services Attn: Correspondence 888-291-2886 | Visit us online at: wachoviadealer.com |

Thank you for being with Wachovia.

Maria Nolasco
Wachovia Dealer Services

OF/LTR-135 (10/22/07)

**Payment History Details**

Customer Name: BRIAN H DAVIS | Loan Number: 7750045911

| Posting Date | Transaction Description | Transaction Amount | Next Due Date | Principal | Interest | CPI | CPI Interest | Late Charges | Other Charges | Unapplied Amount | CPI Balance | Princip. Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/09/2008 | WESTERN UNION PAYMENT | $601.00 | 09/12/2008 | $329.93 | $154.91 | - | $3.90 | $112.26 | - | - | ($528.00) | $20,680. |
| 08/27/2008 | LATE CHARGE ADDED | ($56.13) | | - | - | - | - | ($56.13) | - | - | - | - |
| 08/25/2008 | WESTERN UNION PAYMENT | $635.00 | 08/12/2008 | $144.72 | $478.32 | - | $11.96 | - | - | - | ($528.00) | $21,010. |
| 07/28/2008 | LATE CHARGE ADDED | ($56.13) | | - | - | - | - | ($56.13) | - | - | - | - |
| 07/10/2008 | WESTERN UNION PAYMENT | $632.00 | 07/12/2008 | $206.78 | $252.00 | - | $6.23 | $166.99 | - | - | ($528.00) | $21,154. |
| 06/27/2008 | LATE CHARGE ADDED | ($56.13) | | - | - | - | - | ($56.13) | - | - | - | - |
| 06/16/2008 | WESTERN UNION PAYMENT | $601.00 | 06/12/2008 | $204.76 | $371.02 | - | $25.22 | - | - | - | ($528.00) | $21,361. |
| 05/27/2008 | LATE CHARGE ADDED | ($56.13) | | - | - | - | - | ($56.13) | - | - | - | - |
| 05/12/2008 | WESTERN UNION PAYMENT | $601.00 | 05/12/2008 | $180.81 | $406.19 | - | $14.00 | - | - | - | ($528.00) | $21,566. |
| 04/28/2008 | LATE CHARGE ADDED | ($54.73) | | - | - | - | - | ($54.73) | - | - | - | - |
| 04/15/2008 | CPI ADJUSTMENT | $1,018.00 | 04/12/2008 | - | - | $1,018.00 | - | - | - | - | ($528.00) | $21,747. |
| 04/04/2008 | WESTERN UNION PAYMENT | $630.00 | 04/12/2008 | $7.64 | $509.39 | - | $3.51 | $109.46 | - | - | ($1,546.00) | $21,747. |
| 03/27/2008 | LATE CHARGE ADDED | ($54.73) | | - | - | - | - | ($54.73) | - | - | - | - |
| 03/13/2008 | LATE CHARGE ADJ DEFERMENT | $54.73 | | - | - | - | - | $54.73 | - | - | - | - |
| 03/12/2008 | 1 MO DEFERMENT | $25.00 | 03/12/2008 | - | - | - | - | - | - | - | ($1,546.00) | $21,754. |
| 03/12/2008 | CORRECTION/ADJUSTMENT | ($25.00) | 02/12/2008 | ($25.00) | - | - | - | - | - | - | ($1,546.00) | $21,754. |
| 03/11/2008 | CPI ADJUSTMENT | ($1,546.00) | 02/12/2008 | - | - | ($1,546.00) | - | - | - | - | ($1,546.00) | $21,729. |
| 03/10/2008 | REGULAR PAYMENT - OTHER | $602.00 | 02/12/2008 | - | $602.00 | - | - | - | - | - | - | $21,729. |
| 02/27/2008 | LATE CHARGE ADDED | ($54.73) | | - | - | - | - | ($54.73) | - | - | - | - |
| 01/28/2008 | LATE CHARGE ADDED | ($54.73) | | - | - | - | - | ($54.73) | - | - | - | - |

Close Window

**Payment History Details**

Customer Name: BRIAN H DAVIS | Loan Number: 7750045911　　　　　　　　　　　　　　　　Print

| Posting Date | Transaction Description | Transaction Amount | Next Due Date | Principal | Interest | CPI | CPI Interest | Late Charges | Other Charges | Unapplied Amount | CPI Balance | Principal Balance | Payment Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/22/2007 | WESTERN UNION PAYMENT | $1,149.50 | 01/12/2008 | $578.42 | $461.80 | - | - | $109.28 | - | - | - | $21,729.86 | $0.47 |
| 11/27/2007 | LATE CHARGE ADDED | ($54.73) | | - | - | - | - | ($54.73) | - | - | - | - | - |
| 11/14/2007 | REGULAR PAYMENT - OTHER | $602.00 | 11/12/2007 | $279.15 | $322.85 | - | - | - | - | - | - | $22,308.28 | $54.75 |
| 11/13/2007 | REGULAR PAYMENT - OTHER | $547.25 | 10/12/2007 | $132.91 | $414.34 | - | - | - | - | - | - | $22,587.43 | - |
| 11/13/2007 | LATE CHARGE ADJUSTMENT | $102.75 | 09/12/2007 | - | - | - | - | $102.75 | - | - | - | $22,720.34 | - |
| 11/13/2007 | PAYMENT REVERSAL | ($650.00) | 09/12/2007 | ($235.66) | ($414.34) | - | - | - | - | - | - | $22,720.34 | - |
| 10/27/2007 | LATE CHARGE ADDED | ($54.73) | | - | - | - | - | ($54.73) | - | - | - | - | - |
| 10/12/2007 | WESTERN UNION PAYMENT | $650.00 | 10/12/2007 | $235.66 | $414.34 | - | - | - | - | - | - | $22,484.68 | $102.75 |
| 09/27/2007 | LATE CHARGE ADDED | ($54.73) | | - | - | - | - | ($54.73) | - | - | - | - | - |
| 09/05/2007 | MONEY GRAM PAYMENT | $550.00 | 09/12/2007 | $318.05 | $170.33 | - | - | $61.62 | - | - | - | $22,720.34 | - |
| 08/27/2007 | LATE CHARGE ADDED | ($54.73) | | - | - | - | - | ($54.73) | - | - | - | - | - |
| 08/21/2007 | WESTERN UNION PAYMENT | $620.00 | 08/12/2007 | $80.84 | $524.16 | - | - | - | $15.00 | - | - | $23,038.39 | $58.87 |
| 08/20/2007 | LATE CHARGE ADJUSTMENT | ($53.75) | 07/12/2007 | - | - | - | - | ($53.75) | - | - | - | $23,119.23 | - |
| 08/20/2007 | ELECTRONIC REVERSAL CHARGE | ($15.00) | 07/12/2007 | - | - | - | - | - | ($15.00) | - | - | $23,119.23 | - |
| 08/20/2007 | ELECTRONIC REVERSAL | ($557.25) | 07/12/2007 | ($147.45) | ($398.82) | - | - | ($0.98) | ($10.00) | - | - | $23,119.23 | $1.12 |
| 08/10/2007 | DIRECTDEBIT PAYMENT | $557.25 | 08/12/2007 | $147.45 | $398.82 | - | - | $0.98 | $10.00 | - | - | $22,971.78 | $0.14 |
| 08/10/2007 | LATE CHARGE ADJUSTMENT | $53.75 | 07/12/2007 | - | - | - | - | $53.75 | - | - | - | $23,119.23 | - |
| 07/27/2007 | LATE CHARGE ADDED | ($54.73) | | - | - | - | - | ($54.73) | - | - | - | - | - |
| 07/06/2007 | WESTERN UNION PAYMENT | $600.00 | 07/12/2007 | $340.23 | $150.31 | - | - | $109.46 | - | - | - | $23,119.23 | $1.12 |
| 06/27/2007 | LATE CHARGE ADDED | ($54.73) | | - | - | - | - | ($54.73) | - | - | - | - | - |
| 06/23/2007 | MONEY GRAM PAYMENT | $620.00 | 06/12/2007 | $105.57 | $499.43 | - | - | - | $15.00 | - | - | $23,459.46 | $57.83 |
| 06/18/2007 | LATE CHARGE ADJUSTMENT | ($54.73) | 05/12/2007 | - | - | - | - | ($54.73) | - | - | - | $23,565.03 | - |
| 06/18/2007 | ELECTRONIC REVERSAL CHARGE | ($15.00) | 05/12/2007 | - | - | - | - | - | ($15.00) | - | - | $23,565.03 | - |
| 06/18/2007 | ELECTRONIC REVERSAL | ($557.25) | 05/12/2007 | ($210.42) | ($336.83) | - | - | - | ($10.00) | - | - | $23,565.03 | $0.08 |
| 06/09/2007 | DIRECTDEBIT PAYMENT | $557.25 | 06/12/2007 | $210.42 | $336.83 | - | - | - | $10.00 | - | - | $23,354.61 | $0.08 |

| Date | Type | Amount | Date2 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/09/2007 | LATE CHARGE ADJUSTMENT | $54.73 | 05/12/2007 | - | - | - | - | $54.73 | - | - | - | $23,565.03 | - |
| 05/29/2007 | LATE CHARGE ADDED | ($54.73) | | - | - | - | - | ($54.73) | - | - | - | - | - |
| 05/11/2007 | WESTERN UNION PAYMENT | $623.00 | 05/12/2007 | $35.29 | $314.06 | - | - | $273.65 | - | - | - | $23,565.03 | $0.08 |
| 04/27/2007 | LATE CHARGE ADDED | ($54.73) | | - | - | - | - | ($54.73) | - | - | - | - | - |
| 04/16/2007 | CPI ADJUSTMENT | $1,594.00 | 04/12/2007 | - | - | $1,594.00 | - | - | - | - | - | $23,600.32 | - |
| 04/14/2007 | MONEY GRAM PAYMENT | $600.00 | 04/12/2007 | $399.68 | $200.32 | - | - | - | - | - | ($1,594.00) | $23,600.32 | $197.98 |
| 04/05/2007 | CPI ADJUSTMENT | ($1,594.00) | 03/12/2007 | - | - | ($1,594.00) | - | - | - | - | ($1,594.00) | $24,000.00 | $145.23 |
| 03/31/2007 | MONEY GRAM PAYMENT | $600.00 | 03/12/2007 | - | $600.00 | - | - | - | - | - | - | $24,000.00 | $145.23 |
| 03/27/2007 | LATE CHARGE ADDED | ($54.73) | | - | - | - | - | ($54.73) | - | - | - | - | - |

Close Window

## Payment History Details

Customer Name: BRIAN H DAVIS  |  Loan Number: 7750045911

Print

| Posting Date | Transaction Description | Transaction Amount | Next Due Date | Principal | Interest | CPI | CPI Interest | Late Charges | Other Charges | Unapplied Amount | CPI Balance | Principal Balance | Payment Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/17/2007 | MONEY GRAM PAYMENT | $600.00 | 02/12/2007 | - | $585.00 | - | - | - | $15.00 | - | - | $24,000.00 | $92.48 |
| 03/06/2007 | LATE CHARGE ADJUSTMENT | ($109.46) | 01/12/2007 | - | - | - | - | ($109.46) | - | - | - | $24,000.00 | - |
| 03/06/2007 | ELECTRONIC REVERSAL CHARGE | ($15.00) | 01/12/2007 | - | - | - | - | - | ($15.00) | - | - | $24,000.00 | - |
| 03/06/2007 | ELECTRONIC REVERSAL | ($502.52) | 01/12/2007 | - | ($502.52) | - | - | - | - | - | - | $24,000.00 | $54.73 |
| 02/27/2007 | LATE CHARGE ADDED | ($54.73) | | - | - | - | - | ($54.73) | - | - | - | - | - |
| 02/26/2007 | DIRECTDEBIT PAYMENT | $502.52 | 02/12/2007 | - | $502.52 | - | - | - | - | - | - | $24,000.00 | $10.00 |
| 02/26/2007 | LATE CHARGE ADJUSTMENT | $109.46 | 01/12/2007 | - | - | - | - | $109.46 | - | - | - | $24,000.00 | - |
| 01/27/2007 | LATE CHARGE ADDED | ($54.73) | | - | - | - | - | ($54.73) | - | - | - | - | - |
| 12/29/2006 | DUE DATE CHANGE | - | 01/12/2007 | - | - | - | - | - | - | - | - | - | - |
| 12/28/2006 | MONEY GRAM PAYMENT | $616.98 | 01/12/2007 | - | $601.98 | - | - | - | $15.00 | - | - | $24,000.00 | $54.73 |
| 12/21/2006 | LATE CHARGE ADDED | ($54.73) | | - | - | - | - | ($54.73) | - | - | - | - | - |
| 12/21/2006 | ELECTRONIC REVERSAL CHARGE | ($15.00) | 11/28/2006 | - | - | - | - | - | ($15.00) | - | - | $24,000.00 | - |
| 12/21/2006 | ELECTRONIC REVERSAL | ($547.25) | 11/28/2006 | ($3.11) | ($544.14) | - | - | - | - | - | - | $24,000.00 | - |
| 12/13/2006 | DIRECTDEBIT PAYMENT | $547.25 | 12/28/2006 | $3.11 | $544.14 | - | - | - | - | - | - | $23,996.89 | - |
| 10/30/2006 | NEW LOAN | ($24,000.00) | 11/28/2006 | ($24,000.00) | - | - | - | - | - | - | - | $24,000.00 | - |

Close Window