```
Court Name: District Court
Division: 1
Receipt Number: 14637020625
Cashier ID: kowens
Transaction Date: 09/17/2008
Payer Name: BRIAN DAVIS
-----------------------------------
CRIMINAL DEBT
 For: BRIAN DAVIS
 Case/Party: D-MDX-1-05-CR-000366-001
 Amount:        $2,000.00
-----------------------------------
CHECK
 Check/Money Order Num: 5174
 Amt Tendered: $2,000.00
-----------------------------------
Total Due:      $2,000.00
Total Tendered: $2,000.00
Change Amt:        $0.00

05cr366
```