09/17/2008 11:30 AM EST

**U.S. Courts**
**Case Inquiry Report**

Case Number   DMDX105CR000366   Case Title   USA V. DAVIS

Summary Party Information:

| Party# | Party Name | Debt Type | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|
| 001 | BRIAN DAVIS | SPECIAL PENALTY ASSESSMENT | 400.00 | 400.00 | 0.00 |
| 001 | BRIAN DAVIS | VICTIM RESTITUTION | 40,315.00 | 5,345.00 | 34,970.00 |
|  |  |  | 40,715.00 | 5,745.00 | 34,970.00 |

Registry Information:

| Depository Code | Depository Name | Account Type | Account Code | Depository Total |
|---|---|---|---|---|

# U.S. Courts
# Case Inquiry Report

**Detailed Party Information:**

| Party Number | Party Name |
|---|---|
| 001 | BRIAN DAVIS |

| Debt Type | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| SPECIAL PENALTY ASSESSMENT | 504100 | | | |
| Fund | | | | N/A |
| Owed | 400.00 | 0.00 | 0.00 | 400.00 |
| Collected | 400.00 | 0.00 | 0.00 | 400.00 |
| Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 400.00 | 0.00 | N/A | 400.00 |

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| VICTIM RESTITUTION | 6855XX | 6855XX | 6855XX | |
| Fund | | | | N/A |
| Owed | 40,315.00 | 0.00 | 0.00 | 40,315.00 |
| Collected | 5,345.00 | 0.00 | 0.00 | 5,345.00 |
| Outstanding | 34,970.00 | 0.00 | 0.00 | 34,970.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 5,345.00 | 0.00 | N/A | 5,345.00 |

| Totals | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Owed | 40,715.00 | 0.00 | 0.00 | 40,715.00 |
| Collected | 5,745.00 | 0.00 | 0.00 | 5,745.00 |
| Outstanding | 34,970.00 | 0.00 | 0.00 | 34,970.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 5,745.00 | 0.00 | N/A | 5,745.00 |

09/17/2008 11:30 AM EST

**U.S. Courts**
**Case Inquiry Report**

Version 7.0.1  Page 3 of 4

**Transaction Information:**

| Document Type/Number* | Account Number | Document Date | Debt Type Line# | Accomplished Date | Debt Type | Line Type | Payee Line# | Amount | Depository Line# | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT 1463700720 6 | DMDX105CR000366-001 | 02/09/2006 | 1 | 02/09/2006 | SPECIAL PENALTY ASSESSMENT | PR | | 400.00 | | BRIAN DAVIS | 0 | 04 | 504100 |
| CT 1463700720 6 | DMDX105CR000366-001 | 02/09/2006 | 2 | 02/09/2006 | VICTIM RESTITUTION | PR | | 1,400.00 | | BRIAN DAVIS | 0 | 06 | 6855XX |
| CT 1463700809 7 | DMDX105CR000366-001 | 03/22/2006 | 2 | 03/22/2006 | VICTIM RESTITUTION | PR | | 200.00 | | BRIAN DAVIS | 0 | 06 | 6855XX |
| CT 1463700923 6 | DMDX105CR000366-001 | 05/16/2006 | 2 | 05/16/2006 | VICTIM RESTITUTION | PR | | 200.00 | | BRIAN DAVIS | 0 | 06 | 6855XX |
| CT 138662 | DMDX105CR000366-001 | 06/13/2006 | 2 | 06/13/2006 | VICTIM RESTITUTION | PR | | 300.00 | | BRIAN DAVIS | 0 | 06 | 6855XX |
| CT 1463701216 | DMDX105CR000366-001 | 08/31/2006 | 2 | 08/31/2006 | VICTIM RESTITUTION | PR | | 100.00 | | BRIAN DAVIS | 0 | 06 | 6855XX |
| CT 1463701217 | DMDX105CR000366-001 | 08/31/2006 | 2 | 08/31/2006 | VICTIM RESTITUTION | PR | | 100.00 | | BRIAN DAVIS | 0 | 06 | 6855XX |
| CT 1463701218 | DMDX105CR000366-001 | 08/31/2006 | 2 | 08/31/2006 | VICTIM RESTITUTION | PR | | 100.00 | | BRIAN DAVIS | 0 | 06 | 6855XX |
| CQ 0646370013 6 | DMDX105CR000366-001 | 09/27/2006 | 2 | 09/18/2006 | VICTIM RESTITUTION | PR | | (100.00) | | BRIAN DAVIS | 0 | 06 | 6855XX |
| CT 138925 | DMDX105CR000366-001 | 10/05/2006 | 2 | 10/05/2006 | VICTIM RESTITUTION | PR | | 100.00 | | BRIAN DAVIS | 0 | 06 | 6855XX |
| CT 138926 | DMDX105CR000366-001 | 10/05/2006 | 2 | 10/05/2006 | VICTIM RESTITUTION | PR | | 100.00 | | BRIAN DAVIS | 0 | 06 | 6855XX |
| CT 138923 | DMDX105CR000366-001 | 10/05/2006 | 2 | 10/05/2006 | VICTIM RESTITUTION | PR | | 145.00 | | BRIAN DAVIS | 0 | 06 | 6855XX |
| CT 1463701549 8 | DMDX105CR000366-001 | 03/20/2007 | 2 | 03/20/2007 | VICTIM RESTITUTION | PR | | 100.00 | | BRIAN DAVIS | 0 | 06 | 6855XX |
| CT 1463701549 9 | DMDX105CR000366-001 | 03/20/2007 | 2 | 03/20/2007 | VICTIM RESTITUTION | PR | | 100.00 | | BRIAN DAVIS | 0 | 06 | 6855XX |
| CT 1463701619 0 | DMDX105CR000366-001 | 04/11/2007 | 2 | 04/11/2007 | VICTIM RESTITUTION | PR | | 100.00 | | BRIAN DAVIS | 0 | 06 | 6855XX |
| CT 1463701619 1 | DMDX105CR000366-001 | 04/11/2007 | 2 | 04/11/2007 | VICTIM RESTITUTION | PR | | 100.00 | | BRIAN DAVIS | 0 | 06 | 6855XX |

09/17/2008 11:30 AM EST

# U.S. Courts
## Case Inquiry Report

**Transaction Information:**

| Document Type/Number* Account Number | Document Date Debt Type Line# | Accomplished Date Debt Type | Line Type | Payee Line# Amount | Depository Line# | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|
| CT 14637017408 DMDX105CR000366-001 | 05/31/2007 2 | 05/31/2007 VICTIM RESTITUTION | PR | 300.00 | | BRIAN DAVIS | O | 06 | 6855XX |
| CT 14637018762 DMDX105CR000366-001 | 07/31/2007 2 | 07/31/2007 VICTIM RESTITUTION | PR | 400.00 | | BRIAN DAVIS | O | 06 | 6855XX |
| CT 138826 DMDX105CR000366-001 | 08/10/2007 2 | 08/10/2007 VICTIM RESTITUTION | PR | 200.00 | | BRIAN DAVIS | O | 06 | 6855XX |
| CT 14637019311 DMDX105CR000366-001 | 08/28/2007 2 | 08/28/2007 VICTIM RESTITUTION | PR | 100.00 | | BRIAN DAVIS | O | 06 | 6855XX |
| CT 14637024226 DMDX105CR000366-001 | 03/20/2008 2 | 03/20/2008 VICTIM RESTITUTION | PR | 500.00 | | BRIAN DAVIS | O | 06 | 6855XX |
| CT 14637025995 DMDX105CR000366-001 | 05/28/2008 2 | 05/28/2008 VICTIM RESTITUTION | PR | 200.00 | | BRIAN DAVIS | O | 06 | 6855XX |
| CT 14637025996 DMDX105CR000366-001 | 05/28/2008 2 | 05/28/2008 VICTIM RESTITUTION | PR | 200.00 | | BRIAN DAVIS | O | 06 | 6855XX |
| CT 14637026875 DMDX105CR000366-001 | 07/01/2008 2 | 07/01/2008 VICTIM RESTITUTION | PR | 200.00 | | BRIAN DAVIS | O | 06 | 6855XX |
| CT 14637026876 DMDX105CR000366-001 | 07/01/2008 2 | 07/01/2008 VICTIM RESTITUTION | PR | 200.00 | | BRIAN DAVIS | O | 06 | 6855XX |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CQ | Cash Receipt - CCA Manual |
| CT | Cash Receipt - CCA Automated |

Version 7.0.1   Page 4 of 4